# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama, Northern Division__

REGINA BEY-WRIGHT,

    PLAINTIFF,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:07cv1056-TFM

ARMY FLEET SUPPORT, LLC,

    DEFENDANT.

TO:  Army Fleet Support, LLC
       The Corporation Company
       2000 Interstate Park Drive, Suite 204
       Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY Maricia Woodham, Sabel & Sabel, P.C., 2800 Zelda Road, Ste. 100-5, Montgomery, AL 36106   334-271-2770

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

_Debra P. Hackett_              December 4, 2007
CLERK                                               DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Wright-Regina Bey
Postage $ 1.48
Certified Fee 2.65
Return Receipt Fee (Endorsement Required) 2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.28

7006 0100 0003 6438 4723

1:07cv1056-TFM
Army Fleet Support, LLC
c/o Corporation Co., 36109
3000 Interstate Park Drive

PS Form 3800, June 2002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.