Bey-Wright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Army Fleet Support, LLC
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

1:07cv1056 (Sm/cmp 20 Op)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): The Corporation Company
B. Date of Delivery: 12/7/07
C. Signature: X The Corporation Company
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)

7006 0100 0003 6638 4723

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789