# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **REGINA BEY WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO.: 1:07-CV-1056** |
| **v.** | ) |
| | ) |
| **ARMY FLEET SUPPORT, LLC,** | ) |
| | ) |
| **Defendant,** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Regina Bey-Wright, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    **X**   This party is an individual, or
    ☐   This party is a government entity, or
    ☐   There are no entities to be reported, or
    ☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                             <u>Relationship to Party</u>

<u>No reportable relationships</u>                      _____

<u>December 11, 2007</u>                <u>/s/ Maricia Woodham</u>
    Date

                                        <u>Maricia Woodham_____</u>
                                        Counsel for Regina Bey-Wright

                                        Sabel & Sabel, P.C.
                                        2800 Zelda Rd.; Suite 100-5
                                        Montgomery, AL 36106
                                        Telephone:    334- 271-2770
                                        Facsimile     334-277-2882

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed a true and correct copy of the foregoing with the clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the counsel of record for Defendant:


                                          /s/ Maricia Woodham
                                          Maricia Woodham