IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BEY-WRIGHT,** | § |
| Plaintiff, | § |
| v. | §  CASE NO. 1:07cv1056-TFM |
| **ARMY FLEET SUPPORT, LLC,** | § |
| Defendant. | § |

**CONFLICT DISCLOSURE STATEMENT OF**
**ARMY FLEET SUPPORT, LLC**

Comes now Army Fleet Support, LLC, ("AFS"), a limited liability company and Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| L-3 Communications Integrated Systems, LP ("L-3/IS") | Ten percent or greater ownership interest in AFS |
| L-3 Communications Vertex Aerospace, LLC ("L-3 Vertex") | Ten percent or greater ownership interest in AFS |
| Helicopter Support Company, Inc. | Ten percent or greater ownership interest in AFS |
| L-3 Communications Holdings, Inc., a publicly held corporation | The ultimate parent corporation of L-3/IS and L-3 Vertex |

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Phone:       (251) 405-1302
Facsimile:   (251) 432-6843


By___/s/ Kirk C. Shaw (SHAW0466)_____

Attorney for Army Fleet Support LLC



**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Maricia Woodham, Esq.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106


    s/ Kirk C. Shaw (SHAWK0466)_____