IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1056-TFM |
| ) | |
| ARMY FLEET SUPPORT, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **ORDER**

Pending before the Court is Defendant's *Unopposed Motion to Extend Time for Defendant to File Responsive Pleadings to Complaint* (Doc. 6, filed December 20, 2007). For good cause, it is

**ORDERED** the motion (Doc. 6) is **GRANTED**. Defendant shall file its Answer on or before **January 11, 2008**.

DONE this 21st day of December, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE