IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA BEY-WRIGHT, | § |
| Plaintiff, | § |
| v. | § CASE NO. 1:07cv1056-TFM |
| ARMY FLEET SUPPORT, LLC, | § |
| Defendant. | § |

### REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

1.   Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on February 11, 2008, and was attended by:

   A.   Maricia Woodham for Plaintiff

   B.   Kirk C. Shaw for the Defendant

2.   **Pre-discovery Disclosures**. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within 21 days of entry of the Court's Scheduling Order.

3.   **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

   A.   Discovery will be needed on the following subjects: the issues and allegations raised by Plaintiff's Complaint, the defenses asserted in Defendant's Answer, Plaintiff's claimed damages, the defenses thereto, and the mitigation thereof.

   B.   All discovery will be commenced in time to be completed sixty days following the deadline for dispositive motions.

    C.    A maximum of 45 interrogatories may be submitted by each party to any other party. Responses are due 30 days after service.

    D.    A maximum of 30 requests for admission may be submitted by each party to any other party. Responses are due 30 days after service.

    E.    A maximum of 10 depositions each may be conducted by Plaintiff and by Defendant. Each deposition of a non-party witness will be limited to a maximum of four hours. Depositions of parties will be limited to eight (8) hours unless extended by agreement of the parties.

    F.    Reports from retained experts under Rule 26(a) (2) will be due from Plaintiff by January 9, 2009, and from Defendant by February 9, 2009.

    G.    Supplementations under Rule 26(e) of automatic disclosures and/or discovery responses are due as provided in the rule.

**4.**    **Other items.**

    A.    The parties do not request a conference with the Court before entry of the Scheduling Order.

    B.    The parties request a pretrial conference in May 2009.

    C.    Plaintiff should be allowed until May 2, 2008 to join additional parties and to amend the pleadings.

    D.    Defendant should be allowed until May 15, 2008 to join additional parties and to amend the pleadings.

    E.    All potentially dispositive motions should be filed by 90 days before the pretrial conference.

    F.    Settlement cannot be evaluated prior to completion of discovery.

G. Lists of witnesses and exhibits under Rule 26(a) (3) should be due from Plaintiff and Defendant by thirty days before trial.

H. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

I. The case should be ready for trial by the July 2009 Dothan trial term, and at this time is expected to take approximately 3 to 4 days, excluding selection of a jury.

Respectfully submitted this 15th day of February 2008.

/s/ Maricia Woodham
Maricia Woodham, Esq.
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106
Telephone:   (334) 271-2770
Facsimile:    (334) 277-2882
Attorney for Plaintiff


/s/ Kirk C. Shaw
Kirk C. Shaw (SHAW0466)
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1302
Facsimile: (251) 432-6843

Attorney for Defendant