IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BEY-WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv1056-MHT |
| ) | |
| **ARMY FLEET SUPPORT, LLC,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the motion to withdraw (Doc. No. 15) is granted.

DONE, this the 13th day of March, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**