IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BEY-WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 1:07cv1056-MHT |
| | ) |
| **ARMY FLEET SUPPORT, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff, Regina Bey-Wright, and Defendant, Army Fleet Support, LLC, a limited liability corporation, through their respective counsel and, pursuant to Fed.R.Civ.P. 41(a)(1), stipulate to the dismissal of this action with prejudice, each party to bear its own cost.  This Stipulation of Dismissal with Prejudice is filed by the Plaintiff, but each party has agreed to it.

Respectfully submitted,

/s/ M. Wayne Sabel
M. Wayne Sabel (ASB-4249-274M)

Attorney for Plaintiff Regina Bey-Wright

**OF COUNSEL**:

Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, Alabama 36106
(334) 271-2770
(334) 277-2882 *facsimile*

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1300
Facsimile: (251) 432-6843

/s/ Kirk C. Shaw
Kirk C. Shaw (SHAWK0466)

Attorneys for Army Fleet Support LLC